**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Robert Chambers, | : | |
| Petitioner | : | Civil Action 2:08-cv-01009 |
| v. | : | Judge Marbley |
| Warden, Lebanon Correctional Institution, | : | Magistrate Judge Abel |
| Respondent | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the January 27, 2009 Order, this action is hereby DISMISSED for failure to exhaust Ohio court remedies. Judgment entered for respondent.

Date: **January 27, 2009**            **James Bonini, Clerk**

                                            s/Betty L. Clark
                                            Betty L. Clark/Deputy Clerk